## (March 29, 1961)

■ MILFORD FRANKLIN v. S. M. BARR et al.— Motion by United States of America and Federal Communications Commission for leave to file a brief and present argument as *amici curiæ* granted only insofar as to permit movants to serve and file a brief as *amici curiæ* on or before April 5, 1961. The appel-

lant is granted leave to serve and file a reply brief on or before April 12, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.